NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29775
09-DEC-2010
01:36 PM**

NO. 29775

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GEORGE ROBERT TOTH, Plaintiff-Appellant,
v.
DONALD S. RULLO; RED TIME REALTY LLC, a Hawaii
Limited Liability Company; MICHAEL J. SWERDLOW;
HO'OMAU I MUA LLC, a Hawaii Limited Liability
Company; LEHMAN BROTHERS BANK, FSB, A FEDERAL
SAVINGS BANK; JOHN DOES 1-20,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 07-1-0097K)

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

The Summary Disposition Order, filed on December 6, 2010, is hereby corrected as follows:

1.    On page 4, in the "DATED" line, the date should be December 6, 2010, not December 15, 2010, so that as corrected, the text reads: "DATED: Honolulu, Hawai'i, December 6, 2010."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 9, 2010.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding J., Fujise, and Leonard, JJ.